**FILED**

FEB 14 2024

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:24-CR 32 Judge SDJ / AGD |
| JW BAIN | § | |

## INDICTMENT

The United States Grand Jury Charges:

## COUNT ONE

<u>Violation:</u>18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without
a License (Firearms))

From on or about November 10, 2020 and continuing up to and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, the defendant, JW BAIN, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of committing the felony offense in violation of 18 U.S.C. § 922(a)(1)(A) alleged in Count One of this Indictment, defendant shall forfeit to the

United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C § 2461(c), all firearms and ammunition involved in the offense.

Respectfully Submitted,

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: ___2/14/24_____

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| v. | § | No. 4:24-CR 32 | |
| | § | Judge | |
| JW BAIN | § | | |

## NOTICE OF PENALTY

### Count One

Violation:            18 U.S.C. § 922(a)(1)(A)

Penalty:            Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00